THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AKZO NOBEL SERVICE INC., a Delaware corporation, d/b/a Glidden Professional Paint Center, <br><br> Defendant. | NO.  C13-1794-RSL <br><br> NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

COMES NOW Plaintiff, by and through its attorneys, and hereby gives notice of voluntary dismissal of this action without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

DATED this 22nd day of OCTOBER, 2013.

REID, PEDERSEN, McCARTHY & BALLEW, L.L.P.

_____
Russell J. Reid, WSBA #2560
Attorney for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE – C13-1794-RSL
Page 1 of 1

Reid, Pedersen, McCarthy & Ballew, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925